IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                               ORDER

                   Plaintiff,

          v.                                                                    10-cv-502-bbc

JARRELL MURRAY,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on January 7, 2011 before United States District Judge Barbara B. Crabb. Jarrell Murray and his former counsel, Kim Zion, participated.

      It appears that Ms. Zion has mailed defendant his discovery materials on two different occasions. Both times, the Federal Medical Center at Butner, North Carolina has returned the materials because they were mailed in boxes. Under institution rules, boxes cannot be delivered to an inmate unless the inmate has filled out a form and given it to his case worker, stating that he is expecting to receive a box and setting forth the materials that are to be sent and by whom. Defendant has not done this.

      Ms. Zion agreed that she would send the legal materials once more. Defendant agreed

that he would fill out the necessary form and present it to his case worker. He agreed also that Ms. Zion need not send him the compact discs containing discovery materials. (Inmates are not allowed to possess CD's.)

I express no opinion whether defendant is entitled to an extension of time in which to file his motion for post conviction relief under 28 U.S.C. § 2255. He should file his motion and include in it his reasons for believing that he is entitled to file the motion more than one year after his conviction became final.

Entered this 11th day of January, 2011.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge

2